# EXHIBIT A



DEPARTMENT OF HEALTH & HUMAN SERVICES

Provider Reimbursement Review Board
7500 Security Boulevard
Mail Stop: B1-01-31
Baltimore, MD 21244
410-786-2671

<u>Via Electronic Delivery</u>

Danelle Decker
National Government Services, Inc.
Mail Point INA102-AF42
P.O. Box 6474
Indianapolis, Indiana 46206

Stephanie Webster
Ropes & Gray LLP
2099 Pennsylvania Avenue NW
Washington, DC 20006

RE: ***Remand of Medicare Part C Days Under CMS Ruling CMS-1739-R***
   North Shore LIJ 2006 Part C Days CIRP
   PRRB Case No.:13-0598GC

Dear Ms. Decker and Ms. Webster

The above-referenced appeal includes a challenge to the inclusion of Medicare Part C days in the Medicare fraction of the disproportionate share ("DSH") percentage and/or the exclusion of Medicare Part C days for patients who are dually eligible for Medicaid from the Medicaid fraction of the DSH percentage, for patient discharges *before* October 1, 2013. This issue is governed by Centers for Medicare & Medicaid Services ("CMS") Ruling CMS-1739-R and, under the terms of this Ruling, the Board must remand this issue to the Medicare Contractor for calculation of the DSH payment adjustment in accordance with the forthcoming final rule CMS will issue "to govern the treatment of [Medicare Part C] patient days with discharge dates before October 1, 2013." *See also* 58 Fed. Reg. 47723 (Aug. 6, 2020).

The Board has reviewed the jurisdictional documentation and finds that the Providers on the attached schedule met the jurisdictional and procedural requirements under 42 U.S.C. § 1395oo, 42 C.F.R. Part 405, Subpart R, and Board Rules for the Medicare Part C issue. Consequently, pursuant to Ruling CMS-1739-R, the Board hereby remands the above-referenced case to the Medicare Contractor for calculation of the Providers' DSH adjustments in accordance with the forthcoming final rule CMS will issue to govern the treatment of these Medicare Part C patient days. The Board closes the group appeal and removes it from the Board's docket.

<u>Board Members Participating:</u>

Clayton J. Nix, Esq.
Gregory H. Ziegler, CPA
Robert A. Evarts, Esq.
Susan A. Turner, Esq.

For the Board:

9/14/2021

X  Gregory H. Ziegler
Clayton J. Nix, Esq.
Chair
Signed by: Gregory H. Ziegler -A

cc: Wilson Leong, FSS

Exhibit A, pg. 1

PRRB Case No. 13-0598GC
Page 2

**Schedule of Providers**

| Provider No. | Provider Name | FYE | NPR Date | Appeal Date |
|---|---|---|---|---|
| 33-0372 | Franklin Hospital | 12/31/2006 | 8/14/2012 | 2/1/2013 |
| 33-0195 | Long Island Jewish Hospital | 12/31/2006 | 8/6/2012 | 2/1/2013 |
| 33-0043 | Southside Hospital | 12/31/2006 | 8/8/2012 | 2/1/2013 |
| 33-0353 | Forest Hills Hospital | 12/31/2006 | 10/11/2012 | 4/8/2013 |

Exhibit A, pg. 2