# EXHIBIT B



**DEPARTMENT OF HEALTH & HUMAN SERVICES**

Provider Reimbursement Review Board
7500 Security Boulevard
Mail Stop: B1-01-31
Baltimore, MD 21244
410-786-2671

<u>**Via Electronic Delivery**</u>

Danelle Decker                                    Michael McKay
National Government Services, Inc.                McKay Consulting, Inc.
Mail Point INA102-AF42                            8590 Business Park Drive
P.O. Box 6474                                     Shreveport, Louisiana 71105
Indianapolis, Indiana 46206

RE:  ***Remand of Medicare Part C Days Under CMS Ruling CMS-1739-R***
       North Shore LIJ 2007 DSH Part C Days CIRP Group
       North Shore LIJ 2007 DSH SSI Fraction Denominator Part C Days CIRP Group
       PRRB Case Nos.: 13-1200GC and 13-1223GC

Dear Ms. Decker and Mr. McKay,

The above-referenced appeals include a challenge to the inclusion of Medicare Part C days in the
Medicare fraction of the disproportionate share ("DSH") percentage and/or the exclusion of
Medicare Part C days for patients who are dually eligible for Medicaid from the Medicaid
fraction of the DSH percentage, for patient discharges *before* October 1, 2013. This issue is
governed by Centers for Medicare & Medicaid Services ("CMS") Ruling CMS-1739-R and,
under the terms of this Ruling, the Provider Reimbursement Review Board ("Board")
must remand this issue to the Medicare Contractor for calculation of the DSH payment
adjustment in accordance with the forthcoming final rule CMS will issue "to govern the
treatment of [Medicare Part C] patient days with discharge dates before October 1, 2013."  *See
also* 58 Fed. Reg. 47723 (Aug. 6, 2020).

The Board has reviewed the jurisdictional documentation and finds that the Providers on the
attached schedule met the jurisdictional and procedural requirements under 42 U.S.C. § 1395oo,
42 C.F.R. Part 405, Subpart R, and Board Rules for the Medicare Part C issue.  Consequently,
pursuant to Ruling CMS-1739-R, the Board hereby remands the above-referenced cases to the
Medicare Contractor for calculation of the Providers' DSH adjustments in accordance with the
forthcoming final rule CMS will issue to govern the treatment of these Medicare Part C patient
days.  The Board closes the group appeals and removes them from the Board's docket.

PRRB Case Nos. 13-1200GC and 13-1223GC
Page 2

Board Members Participating:                For the Board:

Clayton J. Nix, Esq.                                                          8/31/2021
Gregory H. Ziegler, CPA
Robert A. Evarts, Esq.                    _____
Susan A. Turner, Esq.                     X  Robert A. Evarts, Esq.
Kevin D. Smith, Esq.                      _____
                                          Robert A. Evarts, Esq.
                                          Board Member
                                          Signed by: Robert A. Evarts -A

cc:    Wilson Leong, FSS


**Schedules of Providers**

**PRRB Case Nos. 13-1200GC and 13-1223GC**

| Provider No. | Provider Name | FYE | NPR Date | Direct Add Date |
|---|---|---|---|---|
| 33-0043 | Southside Hospital | 12/31/2007 | 9/25/2012 | 3/18/2013 |
| 33-0195 | Long Island Jewish Medical Center | 12/31/2007 | 10/12/2012 | 4/8/2013 |
| 33-0353 | Forest Hills Hospital | 12/31/2007 | 10/11/2012 | 4/5/2013 |
| 33-0372 | Franklin Hospital & Medical Center | 12/31/2007 | 10/10/2012 | 4/4/2013 |