# EXHIBIT C



**DEPARTMENT OF HEALTH & HUMAN SERVICES**

Provider Reimbursement Review Board
7500 Security Boulevard
Mail Stop: B1-01-31
Baltimore, MD 21244
410-786-2671

<u>**Via Electronic Delivery**</u>

Ms. Danelle Decker
National Government Services, Inc.
Mail point INA102-AF42 P.O. Box 6474
Indianapolis, IN 46206-6474

Ms. Stephanie Webster
Ropes & Gray, LLP
2099 Pennsylvania Ave NW
Washington, DC 20006

RE: ***Remand of Medicare Part C Days Under CMS Ruling CMS-1739-R***
North Shore LIJ 2009 Medicaid Fraction Part C Days CIRP
North Shore LIJ 2009 SSI Part C Days CIRP
Case Nos. 18-0354GC, 14-0302GC

Dear Ms. Decker and Ms. Webster:

The above-referenced appeals include a challenge to the inclusion of Medicare Part C days in the Medicare fraction of the disproportionate share ("DSH") percentage and/or the exclusion of Medicare Part C days for patients who are dually eligible for Medicaid from the Medicaid fraction of the DSH percentage, for patient discharges *before* October 1, 2013. This issue is governed by Centers for Medicare & Medicaid Services ("CMS") Ruling CMS-1739-R and, under the terms of this Ruling, the Board must remand this issue to the Medicare Contractor for calculation of the DSH payment adjustment in accordance with the forthcoming final rule CMS will issue "to govern the treatment of [Medicare Part C] patient days with discharge dates before October 1, 2013." *See also* 58 Fed. Reg. 47723.

The Board has reviewed the jurisdictional documentation and finds that the Providers on the attached schedules met the jurisdictional and procedural requirements under 42 U.S.C. § 1395oo, 42 C.F.R. Part 405, Subpart R, and Board Rules for the Medicare Part C issue. Consequently, pursuant to Ruling CMS-1739-R, the Board hereby remands the above-referenced cases to the Medicare Contractor for calculation of the Providers' DSH adjustments in accordance with the forthcoming final rule CMS will issue to govern the treatment of these Medicare Part C patient days. The Board closes the group appeals and removes them from the Board's docket.

PRRB Case Nos.: 18-0354GC, 14-0302GC
Page 2

| Board Members Participating: | For the Board: |
|---|---|
| Clayton J. Nix, Esq.<br>Gregory H. Ziegler, CPA<br>Robert A. Evarts, Esq.<br>Susan A. Turner, Esq.<br>Kevin D. Smith, CPA | 9/3/2021<br><br>**X** Clayton J. Nix<br>Clayton J. Nix, Esq.<br>Chair<br>Signed by: PIV |

cc:   Wilson Leong, FSS

APPENDIX A: SCHEDULES OF PROVIDERS

Case No. 14-0302GC

| Provider No. | Provider Name | Final Determination Date | Direct Add Date | FYE |
|---|---|---|---|---|
| 33-0353 | Forest Hills Hospital | 06/22/2017 | 12/18/2017 | 12/31/2009 |
| 33-0372 | Franklin Hospital | 06/22/2017 | 12/18/2017 | 12/31/2009 |
| 33-0181 | North Short Glen Cove Hospital | 05/1/2013 | 10/24/2014 | 12/31/2009 |
| 33-0331 | Plainview Hospital | 7/1/2013 | 12/13/2013 | 12/31/2009 |

Case No. 18-0354GC

| Provider No. | Provider Name | Final Determination Date | Direct Add Date | FYE |
|---|---|---|---|---|
| 33-0353 | Forest Hills Hospital | 06/22/2017 | 12/18/2017 | 12/31/2009 |
| 33-0372 | Franklin Hospital | 06/22/2017 | 12/18/2017 | 12/31/2009 |