# EXHIBIT D



**DEPARTMENT OF HEALTH & HUMAN SERVICES**

Provider Reimbursement Review Board
7500 Security Boulevard
Mail Stop: B1-01-31
Baltimore, MD 21244
410-786-2671

<u>**Via Electronic Delivery**</u>

| | |
|---|---|
| Danelle Decker | Stephanie Webster |
| National Government Services, Inc. (J-K) | Ropes & Gray, LLP |
| Mail Point INA102-AF42 | 2099 Pennsylvania Avenue NW |
| P.O. Box 6474 | Washington, DC 20006 |
| Indianapolis, Indiana 46206 | |

RE: ***Remand of Medicare Part C Days Under CMS Ruling CMS-1739-R***
   North Shore LIJ 2010 SSI Part C Days CIRP Group
   North Shore LIJ 2010 Medicaid Fraction Part C Days CIRP Group
   PRRB Case Nos.: 15-3305GC and 15-3306GC

Dear Ms. Decker and Ms. Webster:

The above-referenced appeals include a challenge to the inclusion of Medicare Part C days in the Medicare fraction of the disproportionate share ("DSH") percentage and/or the exclusion of Medicare Part C days for patients who are dually eligible for Medicaid from the Medicaid fraction of the DSH percentage, for patient discharges *before* October 1, 2013. This issue is governed by Centers for Medicare & Medicaid Services ("CMS") Ruling CMS-1739-R and, under the terms of this Ruling, the Provider Reimbursement Review Board ("Board") must remand this issue to the Medicare Contractor for calculation of the DSH payment adjustment in accordance with the forthcoming final rule CMS will issue "to govern the treatment of [Medicare Part C] patient days with discharge dates before October 1, 2013." *See also* 58 Fed. Reg. 47723 (Aug. 6, 2020).

The Board has reviewed the jurisdictional documentation and finds that the Providers on the attached schedule met the jurisdictional and procedural requirements under 42 U.S.C. § 1395oo, 42 C.F.R. Part 405, Subpart R, and Board Rules for the Medicare Part C issue. Consequently, pursuant to Ruling CMS-1739-R, the Board hereby remands the above-referenced cases to the Medicare Contractor for calculation of the Providers' DSH adjustments in accordance with the forthcoming final rule CMS will issue to govern the treatment of these Medicare Part C patient days. The Board closes the group appeals and removes them from the Board's docket.

Exhibit D, pg. 1

PRRB Case Nos. 15-3305GC and 15-3306GC
Page 2

| Board Members Participating: | For the Board: |
|---|---|
| Clayton J. Nix, Esq.<br>Gregory H. Ziegler, CPA<br>Robert A. Evarts, Esq.<br>Susan A. Turner, Esq.<br>Kevin D. Smith, CPA | 08/30/21<br><br><u>Robert A. Evarts, Esq.</u><br>Robert A. Evarts, Esq.<br>Board Member |

cc:   Wilson Leong, FSS

PRRB Case Nos. 15-3305GC and 15-3306GC
Page 3

**Schedule of Providers**

| Provider No. | Provider Name | FYE | NPR Date | Appeal Date |
|---|---|---|---|---|
| 33-0045 | Huntington Hospital | 12/31/2010 | 6/5/2014 | 12/2/2014 |
| 33-0106 | North Shore University Hospital | 12/31/2010 | 3/13/2015 (Failure to Issue a Timely Determination) | 9/8/2015 |
| 33-0353 | Forest Hills Hospital | 12/31/2010 | 10/24/2017 | 4/18/2018 |
| 33-0372 | Franklin Hospital | 12/31/2010 | 10/25/2017 | 4/18/2018 |