# EXHIBIT E



**DEPARTMENT OF HEALTH & HUMAN SERVICES**

Provider Reimbursement Review Board
7500 Security Boulevard
Mail Stop: B1-01-31
Baltimore, MD 21244
410-786-2671

<u>**Via Electronic Delivery**</u>

Ms. Danelle Decker
National Government Services, Inc.
Mail point INA102-AF42 P.O. Box 6474
Indianapolis, IN 46206-6474

Ms. Stephanie Webster
Ropes & Gray, LLP
2099 Pennsylvania Ave NW,
Washington, DC 20006

RE: ***Remand of Medicare Part C Days Under CMS Ruling CMS-1739-R***
University of Rochester 2010 Part C Days CIRP Group
PRRB Case No.: 18-1211GC

Dear Ms. Decker and Ms. Webster:

The above-referenced appeal include a challenge to the inclusion of Medicare Part C days in the Medicare fraction of the disproportionate share ("DSH") percentage and/or the exclusion of Medicare Part C days for patients who are dually eligible for Medicaid from the Medicaid fraction of the DSH percentage, for patient discharges *before* October 1, 2013. This issue is governed by Centers for Medicare & Medicaid Services ("CMS") Ruling CMS-1739-R and, under the terms of this Ruling, the Provider Reimbursement Review Board ("Board") must remand this issue to the Medicare Contractor for calculation of the DSH payment adjustment in accordance with the forthcoming final rule CMS will issue "to govern the treatment of [Medicare Part C] patient days with discharge dates before October 1, 2013." *See also* 58 Fed. Reg. 47723.

The Board has reviewed the jurisdictional documentation and finds that the Provider on the attached schedules met the jurisdictional and procedural requirements under 42 U.S.C. § 1395oo, 42 C.F.R. Part 405, Subpart R, and Board Rules for the Medicare Part C issue. Consequently, pursuant to Ruling CMS-1739-R, the Board hereby remands the above-referenced case to the Medicare Contractor for calculation of the Providers' DSH adjustments in accordance with the forthcoming final rule CMS will issue to govern the treatment of these Medicare Part C patient days. The Board closes the group appeal and removes it from the Board's docket.

<u>Board Members Participating</u>:

Clayton J. Nix, Esq.
Gregory H. Ziegler, CPA
Robert A. Evarts, Esq.
Susan A. Turner, Esq.
Kevin D. Smith, CPA

For the Board:

8/30/2021

X  Robert A. Evarts, Esq.

Robert A. Evarts, Esq.
Board Member
Signed by: Robert A. Evarts -A

PRRB Case No. 18-1211GC

cc:   Wilson Leong, FSS

---

RECEIVED
MAY 25 2018
PRRB

### Group Formation Schedule of Providers

Group Name:   University of Rochester 2010 Part C Days CIRP Group

Page No. 1 of 1

Representative: Akin Gump Strauss Hauer & Feld LLP
Case No:   Not Yet Assigned
Lead Intermediary:   National Government Services, Inc.

Date Submitted: 4/19/2018
Issue:   Whether Medicare Part C days were properly treated in the calculation of the Medicare DSH payment.

| | Provider Number | Provider Name | Intermediary | FYE | A<br>Date of Final Determination | B<br>Date Hearing Rqst Filed | C<br>No. of Days | D<br>Audit Adj No. | E<br>Amount of Reimbursement | F<br>Original Case No. | G<br>Date Add/ Transfer Filed |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 33-0164 | Highland Hospital of Rochester (Rochester, Monroe, NY) | National Government Services, Inc. | 12/31/2010 | 10/25/2017 | 4/19/2018^ | 176 | 11, 13, 14, 24, 26 | $1,986,738 | Direct Add | 4/19/2018^ |

Total Amount of Reimbursement:   $1,986,738

^ This is the date the appropriate correspondence was sent to the Board by Federal Express Overnight Delivery. The filed date for this correspondence is presumed to be one business day after this date. See PRRB Rule 4.3.

Date Prepared:   4/19/2018

Exhibit E, pg. 2